1 | TAMI S. SMASON, CA Bar No. 120213
tsmason@foley.com
2 | ARCHANA R. ACHARYA, CA Bar No. 272989
aacharya@foley.com
3 | **FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
4 | LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
5 | FACSIMILE:   213.486.0065

6 | Attorneys for Defendants HYLAND'S INC. and
STANDARD HOMEOPATHIC COMPANY

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | CV13-7892 ᴬᴮᶜ(ᵛᴮᴷˣ)

11 | EDWARD SIMON, DC, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY
12 | SITUATED,

CASE NO: _____

**DEFENDANTS HYLAND'S INC.'S AND
STANDARD HOMEOPATHIC
13 | PLAINTIFF,**

**COMPANY'S NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C. § 1441**

14 | V.

**[FEDERAL QUESTION
JURISDICTION]**

15 | HYLAND'S INC., A CALIFORNIA
CORPORATION; STANDARD
16 | HOMEOPATHIC COMPANY, A NEVADA
CORPORATION; AND HANDIT2
17 | NETWORK, LLC, A COLORADO LIMITED
LIABILITY COMPANY; AND DOES 1
18 | THROUGH 1,000, INCLUSIVE,

**Removed from the Superior Court of
California, County of Los Angeles**

CASE FILED: SEPTEMBER 20, 2013

STATE COURT JUDGE: HON. JANE JOHNSON
19 | DEFENDANTS.

STATE COURT DEPT.:  308

20

21

22

23

24

25

26

27

28

1

4852-5944-6550.1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants Hyland, Inc. and Standard Homeopathic Company (collectively referred to as "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove Case No. BC522134, filed in the Superior Court of the State of California for the County of Los Angeles (the "Action"), and all claims and causes of action therein, to the United States District Court for the Central District of California.  As grounds for removal, this Court has original jurisdiction over this matter under 228 U.S.C. § 1331 because the action asserts claims under the TCPA and the JFPA, which "aris[es] under" the "laws . . . of the United States." *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 742 (2012), and that all the claims and causes of action in the matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

I.   STATE COURT ACTION

On September 20, 2013 Plaintiff Edward Simon, DC ("Plaintiff") filed a class action complaint (the "Complaint") against Defendants, Handit2 Network LLC, and Does 1 through 100, inclusive, which commenced the Action in the Superior Court of the State of California for the County of Los Angeles.  The Complaint contains purported causes of action for violations of the Junk Fax Prevention Act (47 U.S.C. § 227 and 47 C.F.R. § 64.1200).

Plaintiff served the Complaint on Defendants on September 27, 2013.  True and correct copies of the pleadings filed in Case No. BC522134 in the Superior Court of the State of California for the County of Los Angeles are attached to the Declaration of Archana Acharya as Exhibit 1, filed concurrently herewith.

No motions or other proceedings are currently pending in the Superior Court.

II.   GROUNDS FOR REMOVAL

A.   Timeliness, Venue, and Notice

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff served the Complaint on Defendants on September 27, 2013, and therefore, Defendants

2

have until October 27, 2013 to respond to the Complaint.  Because October 27, 2013 falls on a Sunday, Defendants' responsive pleading is due the following court day.

Venue is proper under 28 U.S.C. § 1446(a), which provides for removal of any civil action to the federal district court for the district and division embracing the place where the action is pending.  Venue lies in the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1391 and 1441(a), because the Action was filed within this district, and this is the district in which a substantial part of the events or omissions giving rise to the purported claims occurred.

Defendants are filing with the Clerk of the State Court in which the Action is currently pending a Notice to State Court and Adverse Parties of Removal, together with this Notice of Removal and supporting documents, pursuant to 28 U.S.C. § 1446(d).  Copies of the Notice to State Court and Adverse Parties of Removal together with this Notice of Removal are being served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

### B.     Federal Question Jurisdiction

This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331 because: the action asserts claims under the JFPA – specifically (47 U.S.C. § 227 and 47 C.F.R. § 64.1200), which "aris[es] under" the "laws . . . of the United States."  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 742 (2012).

## III.   CONCLUSION

Due to the foregoing, Defendants have met the requirements for removal of this Action under 28 U.S.C. § 1331, 1441, and 1446, and, accordingly, the case must now be removed to this Court.

///

///

///

///

///

///

4852-5944-6550.1

1    This Notice of Removal is filed subject to and with full reservation of rights.   No

2  admission of fact, law or liability is intended by this Notice of Removal, and all defenses,

3  motions, and pleas are expressly reserved.

4

5  DATE: OCTOBER 25, 2013

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOLEY & LARDNER LLP**
TAMI S. SMASON
ARCHANA R. ACHARYA

By: _____
ARCHANA R. ACHARYA
Attorneys for Defendants HYLAND'S INC.
and STANDARD HOMEOPATHIC
COMPANY

4

4852-5944-6550.1

1

PROOF OF SERVICE

2
3
I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411.

4
5
On October 25, 2013, I served the foregoing document(s) described as: **DEFENDANTS HYLAND'S INC.'S AND STANDARD HOMEOPATHIC COMPANY'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

6
7
8
9
10

Scott Z. Zimmerman
Law Offices of Scott Z. Zimmerman
601 S. Figueroa Street, Suite 2610
Los Angeles, CA 90017
*Telephone: 213.452.6509*
*Facsimile: 213.622.2171*
**Attorneys for Plaintiff**

C. Darryl Cordero
Payne & Fears LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
*Telephone: 213.439.9911*
*Facsimile: 213.439.9922*
**Attorneys for Plaintiff**

11
__X__   BY MAIL

12
13
14
15
__X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at Los Angeles, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

16
__X__   Executed on October 25, 2013, at Los Angeles, California.

17
__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18
__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

19
20
David Miller

21
22
23
24
25
26
27
28

1

4852-5944-6550.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Audrey B. Collins_____ and the assigned Magistrate Judge is _____Victor B. Kenton_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13CV7892 ABC VBKx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____October 25, 2013_____
Date

By ___J.Prado_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ )<br>EDWARD SIMON, DC | DEFENDANTS ( Check box if you are representing yourself ☐ )<br>HYLAND'S INC.; STANDARD HOMEOPATHIC COMPANY; an<br>HANDIT2 NETWORK, LLC |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)<br>Tami S. Smason, CA Bar No. 120213<br>Archana R. Acharya, CA Bar No. 272989<br>Foley & Lardner LLP<br>555 S. Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of the Junk Fax Prevention Act (47 U.S.C. 227 and 47 C.F.R. 64.1200)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-7892

CV-71 (09/13)
51-0294.1
CIVIL COVER SHEET

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIM. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☒ Yes  ☐ No | ☒ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?**  Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?**  Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**C.I. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

0751-0294.1

American LegalNet, Inc.
www.FormsWorkFlow.com

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

    If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

    If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

                                 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

                                 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                                 ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _Archana R. Acharya_     DATE: October 25, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |


American LegalNet, Inc.
www.FormsWorkFlow.com

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411.

On October 25, 2013, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on the interested parties in this action as follows:

Scott Z. Zimmerman                         C. Darryl Cordero
Law Offices of Scott Z. Zimmerman          Payne & Fears LLP
601 S. Figueroa Street, Suite 2610         801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017                      Los Angeles, CA 90017
*Telephone: 213.452.6509*                  *Telephone: 213.439.9911*
*Facsimile: 213.622.2171*                  *Facsimile:  213.439.9922*
***Attorneys for Plaintiff***              ***Attorneys for Plaintiff***

___X___   BY MAIL

    ___X___   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at Los Angeles, California.  I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

___X___   Executed on October 25, 2013, at Los Angeles, California.

___X___   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___X___   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
David Miller

CIVIL COVER SHEET

4819-5656-3222.1