# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SIMON, DC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>HYLAND'S INC., A CALIFORNIA CORPORATION<br><br>DEFENDANT. | CASE NO: CV 2:13-7892 ABC (VBKx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>STATE COURT COMPLAINT FILED: 9/20/13<br>REMOVED: 10/25/13<br>AMENDED COMPLAINT FILED: 11/13/13<br><br>HON. AUDREY B. COLLINS |

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the parties' Stipulated Protective Order, attached hereto.

**IT IS SO ORDERED.**

DATE: March 25, 2014                           _____/s/_____
                                                                      The Honorable Victor B. Kenton
                                                                      United States Magistrate Judge