JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SIMON, DC, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>HYLAND'S INC., a California corporation,<br><br>          Defendant. | Case No. CV 2:13-7892 AB (VBKx)<br><br>[Proposed] Order of Dismissal With Prejudice |

ORDER OF DISMISSAL WITH PREJUDICE

1  The Court, having considered the Stipulation of Dismissal With Prejudice
2  submitted by the parties, this action is hereby dismissed with prejudice, without
3  costs to any party.

5  Dated: August 4, 2015  _____
   Hon. André Birotte
   United States District Court Judge